IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

WILLIAM BROWNING,

      Appellant,

v.

      Case No. 5D23-344
      LT Case No. 16-2007-CF-13721A

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed January 24, 2023

3.800 Appeal from the Circuit Court
for Duval County,
Jeb Branham, Judge.

William Browning, Wewahitchka, pro se.

Ashley Moody, Attorney General,
and David Welch, Assistant Attorney
General, Tallahassee, for Appellee.


PER CURIAM.

    AFFIRMED.


LAMBERT, C.J., JAY and SOUD, JJ., concur.